

Eckert Seamans Cherin & Mellott, LLC
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648

TEL: 609 392 2100
FAX: 609 392 7956

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 313204-1

Robert P. Zoller, Esq.
609.989.5028
rzoller@eckertseamans.com

December 1, 2020

**Via Electronic Filing (ECF)**
Honorable Steven Tiscione, U.S.M.J.
United States District Court for
the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Adlife Marketing & Communications Co., Inc. v. Associated Supermarket Group, LLC, et al.**
                **Case No. 2:18-cv-00376-ENV-SLT**

Dear Judge Tiscione:

     I am pleased to advise Your Honor that defendant/third-party plaintiff, Associated Supermarkets Group, LLC ("Associated"), and third-party defendant, Clark Printing, Inc. ("Clark"), have reached a settlement of all matters raised by the Third-Party Complaint. The settlement will be memorialized in a written settlement agreement, after which a stipulation of dismissal of the Third-Party Complaint will be filed concluding all aspects of the litigation. On behalf of Matthew Trokenheim, Esq., counsel for Associated, and myself, thank you for Your Honor's patience and cooperation in assisting the parties in reaching this settlement.

                                       Respectfully yours,

                                       ROBERT P. ZOLLER

RPZ:kab
cc: Matthew Trokenheim, Esq. (via email:mtrokenheim@goldbergsegalla.com)
     Kate Tammaro, Esq. (via email: katherine.tammaro@wilsonelser.com)

{R0648232.1}