EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC., | **STIPULATION OF DISCONTINUANCE** |
| Plaintiff, | Case No. **2:18-cv-00376 (ENV)(GRB)** |
| v. | |
| ASSOCIATED SUPERMARKET GROUP, et al., | |
| Defendant. | |
| ASSOCIATED SUPERMARKET GROUP, | |
| Third-Party Plaintiff, | |
| v. | |
| CLARK PRINTING, INC., | |
| Third-Party Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Third-Party Plaintiff Associated Supermarket Group, LLC ("ASG") and Third-Party Defendant Clark Printing, Inc. ("Clark"), by counsel, that pursuant to Rule 41(a)(2), that all claims, causes of action, and allegations against Clark as set forth in ASG's Third-Party Complaint in the above-captioned action are discontinued with prejudice and without costs to either party against the other.

7

28448775.v2

Dated: December 22, 2020
Lawrenceville, NJ

By: /s/ Robert P. Zoller
Robert P. Zoller, Esq.
Eckert Seamans Cherin & Mellott, LLC
2000 Lenox Drive, Suite 203
Lawrenceville, NJ 08648
Tel. 609-392-2100
Fax. 609-392-7956
Email: rzoller@eckertseamsans.com
*Attorneys for Third-Party Defendant
Clark Printing, Inc.*

Dated: December 16, 2020
Newark, NJ

By: /s/ Matthew S. Trokenheim
Matthew S. Trokenheim, Esq.
GOLDBERG SEGALLA LLP
1037 Raymond Blvd., Suite 1010
Newark, NJ 07102
Tel. 973-681-7000
Fax. 973-681-7101
mtrokenheim@goldbergsegalla.com
*Attorneys for Third-Party Plaintiff
Associated Supermarket Group, LLC*

SO ORDERED:

/s/ Eric N. Vitaliano  12/28/2020

Hon. Eric N. Vitaliano, U.S.D.J

*The Clerk is directed to close this case.*